UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.  3:06cr442/LAC/HTC
             3:16cv349/LAC/HTC

DARREGUS T. ROBINSON
_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 17, 2019 (doc. 142). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  The Motion to Vacate, Set Aside, or Correct Sentence (doc. 120) is **DENIED**.

3. Defendant's "Request . . . . .Leave to File Amended 28 U.S.C. § 2255(f)(3) Petition" (doc. 135) is **DENIED**.

4. Defendant's "Request . . . Permission to File Amended Petition for Writ of Habeas Corpus Adsubjiciendum, 28 U.S.C. § 2255(f)(3)" (doc. 136) is **DENIED**.

5. Defendant's "On Request . . . Opening for Bargining (sic) Terms of Imprisonment in Light of Recently Passsed Criminal Justice Reform Bill" (doc. 138) is **DENIED**.

6. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 7th day of May, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**